Charles H. Davis, appellee, v. William Terman et al., appellants. William P. Beckers, appellee, v. William Terman et al., appellants. Gen. No. 7,896.

662

Opinion filed March 20, 1929.

John A. Mayhew, for appellants. Harry S. Streeter, for appellee Charles H. Davis. John H. Beckers, for appellee William P. Beckers.

Mr. Justice Jett delivered the opinion of the court.